

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00113-CV

PNC EQUIPMENT FINANCE, LLC, Appellant

V.

MATTHEW WARD HANNA, Appellee

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. CV-41330

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

MEMORANDUM OPINION

PNC Equipment Finance, LLC (PNC), sued Matthew Ward Hanna to recover sums owed under certain Lease and Loan/Lease Agreements. Hanna filed a motion to dismiss for want of prosecution, which the trial court granted. PNC filed a verified motion to reinstate, which the trial court denied without a hearing. In this appeal, PNC asserted that the trial court abused its discretion in dismissing its claims, in denying its motion to reinstate, and in denying its request for a hearing on its motion to reinstate. Because the trial court's error in denying a hearing on PNC's motion to reinstate prevented the proper presentation of this case on appeal, we abated this case and remanded it to the trial court to conduct an oral hearing on PNC's motion to reinstate. *See* TEX. R. APP. P. 44.4; *Roush v. Metro. Life Ins. Co.*, 551 S.W.3d 903, 904–05 (Tex. App.—Amarillo 2018, no pet.).

On July 15, 2019, the trial court conducted an oral hearing on PNC's motion to reinstate, granted the motion, vacated its order of dismissal, and reinstated PNC's cause of action on the trial court's docket. Subsequently, PNC filed a motion in this Court to dismiss its appeal that has not been opposed, and which we grant. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.


Ralph K. Burgess
Justice

Date Submitted:    August 15, 2019
Date Decided:      August 16, 2019

2